plaintiff entered upon a verdict in an action to recover on contract.

*Jesse S. Epstein* for appellant.

*Jay E. Whiting* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

JOHN G. PENDORF, Respondent, *v.* THE CITY OF ROME, Appellant.

*Pendorf* v. *City of Rome*, 138 App. Div. 913, affirmed.
(Argued December 7, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 10, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from continuing to empty its sewers into a creek bordering plaintiff's lands and for damages.

*M. J. Larkin* for appellant.

*Albert T. Wilkinson* for respondent.

Judgment affirmed, with costs, on authority of *Sammons* v. *City of Gloversville* (175 N. Y. 346); no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

HARRY SUTPHIN, Respondent, *v.* THE NEW YORK TIMES COMPANY, Appellant.

*Sutphin* v. *New York Times Co*, 138 App. Div. 487, affirmed.
(Submitted December 7, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered May 26, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action for libel.

*Alfred A. Cook* for appellant.

*William Willett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

CHARLOTTE L. MILLER et al., as Administrators of the Estate of FRED W. MILLER, Deceased, et al., Appellants, *v.* EMMA L. HILL et al., Individually and as Executrices of ROSETTA G. MILLER, Deceased, et al., Respondents.

*Miller* v. *Hill*, 137 App. Div. 378, affirmed.
(Argued December 7, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 25, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint in an action to establish a trust.

*Fletcher C. Peck* for appellants.

*Sanford T. Church* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

PINCUS LOWENFELD et al., Respondents, *v.* MARIA WIMPIE et al., Defendants, and EMPIRE CITY WOOD WORKING COMPANY, Appellant.

*Lowenfeld* v. *Wimpie*, 139 App. Div. 617, affirmed.
(Argued December 7, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered